The Honorable Douglas Woodlock

RE: Case# CH22-CR 10005

US v David Schottenstein

Dear Sir:

I am writing this letter to you before you sentence David Schottenstein on an insider stock trading charge. The media is reporting that he is going to get 12 months of supervised release. That's a joke. That means he goes home to his house in Florida and once a month sends in a piece of paper saying he has not committed any crimes. Yes, he will have to pay a fine. His family will pay it and David Schottenstein will go back to living life. The money means nothing to him or his family. If that happens it will be a miscarriage of justice. It will only reaffirm that the rich get away with no time while others go to jail.

In 2006 Dr. Roger Blackwell was a prominent professor of marketing at Ohio State University and a nationally known marketing expert. He was convicted of insider trading. The dollars were smaller than in the Schottenstein case. He got 5 years. At his sentencing, the Judge said that it's not about the money. It's the damage to the system. The loss of faith that it causes. When people put money in the stock market for retirement or college funds, they expect a fair playing field. When rich people like David Schottenstein who was already very rich game the system for nothing more than pure greed it costs all of us and makes people feel that it is rigged for the benefit of the rich. It's no different than the college admission scandal. Rich people gaming the system. They all got prison time. Which will deter others from doing it.

This is not the first time David Schottenstein has been in bad deals. In 2004 he was involved in a $30 million-dollar real estate fraud. He was able to escape prosecution by throwing his cousin under the bus. His cousin did 3 years. In 2007 a civil lawsuit was filed in New Jersey against David Schottenstein. In the lawsuit, it was claimed that David Schottenstein represented to a hedge fund that a business that he was involved in was doing well. It was in fact ready to go under. They lost a lot of money. David Schottenstein bought his way out of it.

You have it within your power to send a strong message that in this country rich people must play by the same rules as everybody else. When they don't, they pay the same price as everyone else. I think letting David Schottenstein go with a slap on the hand will only go to more people trying to do insider trading. After all, if you are rich, you get a slap on the hand and pay the money back. Prison time would send a loud message.

Thank you for reading this.

Jeff Lieberman

478 N Drexel Ave

Columbus, Ohio 43209

Box4788@gmail.com