UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 23cr10007 |
| | ) |
| v. | ) Violations: |
| | ) |
| ALBERT P. CASIELLO, | ) Counts One – Three: |
| | ) Filing a False Tax Return |
| Defendant | ) (26 U.S.C. § 7206(1)) |

INFORMATION

The U.S. Attorney alleges:

General Allegations

1. Defendant ALBERT P. CASIELLO ("CASIELLO") resided in Boston, Massachusetts.

2. CASIELLO was the president, sole shareholder, and primary operator of Cassco Development Group, Inc. ("Cassco"), a Massachusetts construction business.

The Federal Tax Requirements

3. The IRS was an agency of the United States within the Department of the Treasury of the United States and was responsible for administering and enforcing the tax laws of the United States.

4. U.S. corporations, including Cassco, were required to make and file a tax return each year.

5. A U.S. Corporation Income Tax Return (Form 1120) was the form that U.S. corporations were required to submit to the IRS on a yearly basis, on which corporations reported various items, including income, expenses, and tax due and owing. The Form 1120 was used by the IRS to assess tax liabilities.

1

6. Under the tax laws, gross income meant all income from whatever source derived, including but not limited to compensation for services, including fees, commissions, benefits, and similar items.

## The False Tax Returns

7. For each of the tax years 2013, 2014, and 2015, CASIELLO concealed Cassco's income, including by depositing customer payments in bank accounts held in the names of other entities, for example, CDG Investment Corp.

8. After concealing Cassco's income, CASIELLO did not timely file Forms 1120 for Cassco for the years 2013, 2014, and 2015, respectively.

9. In or about 2016, CASIELLO learned of an IRS investigation of Cassco. CASIELLO thereafter caused his tax preparer to draft Forms 1120 for Cassco for the tax years 2013, 2014, and 2015.

10. Notwithstanding Cassco's actual revenues of approximately $3,014,866, CASIELLO knowingly and intentionally caused his tax preparer to draft a Form 1120 for Cassco for tax years 2013, 2014, and 2015 that underreported Cassco's income. Cascco reported a combined $725,777 in income for these tax years.

11. On or about October 27, 2016, CASIELLO personally signed each Form 1120 for Cassco for the tax years 2013, 2014, and 2015.

12. The resulting tax loss from CASIELLO's failure to accurately report Cassco's income was $315,856.78.

<u>COUNTS ONE THROUGH THREE</u>
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The U.S. Attorney further alleges:

13. The U.S. Attorney re-alleges and incorporates by reference paragraphs 1 through 12 of this Information.

14. On or about October 27, 2016, in the District of Massachusetts, the defendant,

ALBERT P. CASIELLO,

did willfully make and subscribe U.S. Corporation Income Tax Returns for Cassco Development Group, Inc. for the tax years 2013, 2014, and 2015, respectively, which were verified by written declarations made under the penalties of perjury, and which were filed with the Internal Revenue Service, and which returns the defendant did not believe to be true and correct as to every material matter in that CASIELLO underreported and failed to report income from Cassco Development Group, Inc.   All in violation of Title 26, United States Code, Section 7206(1).

RACHAEL S. ROLLINS
United States Attorney

*Christopher J Markham*
CHRISTOPHER J. MARKHAM
Assistant U.S. Attorney