# EXHIBIT L

**2006-2021 Sentences Under USSG § 2B1.4 With No § 5k1.1 Reduction (District of Massachusetts)**



N=16

**2006-2021 Sentences Under USSG § 2B1.4 With No § 5k1.1 Reduction and Offense Level of 23 or 24 (Nationally)**



N=20